IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| CHRISTOPHER GRIFFIN, | ) | |
| Plaintiff, | ) | 2:15-CV-01152-CRE |
| vs. | ) | |
| SPRINGDALE BOROUGH, JULIO MEDEIROS, III, KENNETH LLOYD, GENE POLSENELLI, | ) | |
| Defendants, | ) | |

## **O R D E R**

AND NOW, this 30th day of November, 2016, Defendants the Borough of Springdale, Gene Polsenelli, Kenneth Lloyd and Julio F. Medeiros III's motion to dismiss [ECF No. 13] is **GRANTED IN PART AND DENIED IN PART**. Defendants' motion is **GRANTED** with respect to any claims brought against Councilman Polsenelli, Mayor Lloyd and Chief Medeiros in their official capacities and as to Plaintiff's 42 U.S.C. § 1985(3) claim and said claims are dismissed with prejudice. Defendants' motion is **DENIED** in all other respects.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF